UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BELUGA SHIPPING GMBH & CO. KS "BELUGA FANTASTIC" V. SUZLON ENERGY LTD., FEDERAL COURT PROCEEDINGS, NSD 1670 OF 2008 BEFORE THE FEDERAL COURT, NEW SOUTH WALES, AUSTRALIA | Misc. Case No.: 10-80034 JW (PVT)<br><br>**ORDER DENYING WITHOUT PREJUDICE SUZLON'S PETITION FOR LEAVE TO TAKE DISCOVERY IN AID OF FOREIGN JUDICIAL PROCEEDINGS PURSUANT TO 28 U.S.C. §1782**<br><br>[Docket No. 1] |

Suzlon Energy, Ltd., Suzlon Energy Australia PTY Ltd., Suzlon Infrastructure Limited, Suzlon Wind Energy Corporation, USA, Suzlon Structures PTE, Ltd. and SE Shipping PTE Ltd. petition for leave to take discovery in aid of foreign judicial proceedings pursuant to 28 U.S.C. § 1782. (collectively "petitioners" or "Suzlon").

In an action proceeding in the Federal Court in New South Wales, Australia, Suzlon states that their former employees, Rajagopalan Sridhar (Chief Manufacturing Officer) and Sanjeev Bangad (General Manager, Logistics), have been named as cross-defendants and allegations against them include claims for fraud and breach of fiduciary duty. Specifically, Suzlon alleges that individual cross-defendants Sridhar and Bangad misrepresented to the company whether Suzlon could procure sufficient ships to transport Suzlon's cargo, and instead themselves, formed and incorporated several companies to financially benefit from transporting Suzlon's cargo.

1  Suzlon petitions to subpoena the contents of certain electronic mail accounts hosted by non-party Google, Inc. ("Google").  Suzlon believes that certain email accounts were used by the individual cross-defendants to facilitate their egregious conduct.  Additionally, Suzlon petitions to depose personnel from Google to authenticate the emails from certain electronic mail accounts.  Because Google's headquarters is located in Mountain View, California and in this district, Suzlon petitions this court for leave to take discovery.

"[A]ll motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion."  Civ. L.R. 7-2(a).

Here, Suzlon has not noticed the above-specified petition for a hearing before this court and does not appear to have served Mr. Sridhar, Mr. Bangad or non-party Google.  Accordingly, Suzlon's petition for leave to take discovery is denied without prejudice to a properly noticed motion.

Suzlon shall serve the individual cross-defendants identified above as well as non-party Google.  In the event the individual cross-defendants reside in Australia, Suzlon's counsel in the underlying action may serve the petition as prescribed by Australian law.  *See,.e.g,* Rule 4(f) of the Fed. R. Civ. P.

IT IS SO ORDERED.

Dated: February 12, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge