**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
Gregory W. Poulos (SBN 131428)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AT SAN JOSE

| | |
|---|---|
| In Re Beluga Shipping Gmbh & Co. KS "Beluga Fantastic" v. Suzlon Energy Ltd., Federal Court Proceedings, NSD 1670 of 2008 before the Federal Court, New South Wales, Australia | Misc. Case No.: 10-80034 JW (PVT) <br><br> **DECLARATION OF JOSEPH ALAN HURLEY IN SUPPORT OF SUZLON'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO GOOGLE, INC.** <br><br> **Hearing date: March 5, 2010** <br> **Time: 10:00 AM** <br> **Location: Courtroom 5** <br> **Chief Magistrate Judge Patricia V. Trumbull** |

I, Joseph Alan Hurley, of City of Sydney, Australia, hereby declare under penalties of perjury of the laws of the United States, and in accordance with the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct:

1. I am a solicitor and partner of the law firm HWL Ebsworth, with offices at Level 14, 264-278 George Street, Sydney. I am the solicitor on the record for Suzlon Energy Ltd., and the other Suzlon related entities ("Suzlon") in the "Petition for Leave to Conduct Discovery in Aid of Foreign Judicial Proceeding Pursuant to U.S.C. § 1782" ("Petition"). As counsel for Suzlon, in the proceedings currently proceeding in Australia ("Australian Proceedings"), I have been directly involved in the conduct of the Australian Court proceedings, know the issues and allegations involved and the evidence thus far presented

-1-

1  by the parties. I therefore have personal knowledge of the matters declared.

2.  I submit this declaration in support of Suzlon's Petition for a Temporary Restraining Order to Google Inc. ("Google") to save and freeze all email, data and metadata from the following Gmail accounts: 1) Ybangad@gmail.com; 2) sanjeevbangad@gmail.com; 3) rsidhar1998@gmail.com; and, 4) g01p366@gmail.com.

3.  Suzlon consists of various related entities, including but not limited to SUZLON ENERGY LTD., SUZLON ENERGY AUSTRALIA PTY LTD., SUZLON INFRASTRUCTURE LIMITED, SUZLON WIND ENERGY CORPORATION, USA, SUZLON STRUCTURES PTE., LTD., and SE SHIPPING PTE LTD.

4.  Suzlon designs and manufactures wind turbines and is the third largest wind turbine manufacturer in the world. As such, Suzlon is engaged in the movement of cargo in various parts of the world. As part of their enterprise, Suzlon formed a shipping business for the movement of Suzlon's and third parties' cargo.

5.  Suzlon is currently in litigation against Mr. Rajagopalan Sridhar ("Sridhar") and Mr. Sanjeev Bangad ("Bangad") and various corporate entities alleged by Suzlon to be owned and/or controlled by Sridhar and/or Bangad in a judicial proceeding before The Federal Court of Australia, New South Wales, Beluga Shipping GmbH & Co. KG "Beluga Fantastic" v. Suzlon Energy Ltd., et al, Case No. NDS 1670 of 2008 ("Australian Proceedings").

6.  In the Australian Proceedings, Suzlon alleges that Sridhar and Bangad, while in charge of Suzlon's shipping business, carried out a range of activities within the shipping business which constituted fraud and breach of fiduciary duties. The alleged unlawful activities included: creating invoices which were represented and paid by Suzlon without the provision of services, misrepresenting to Suzlon whether Suzlon could procure sufficient ships to transport Suzlon's cargo, forming and incorporating several companies themselves to financially benefit from transporting Suzlon's cargo, and unlawfully diverting profits made in the shipping business to companies owned and/or controlled by Sridhar and/or Bangad. Suzlon is claiming approximately US $27,000,000 in loss and damage

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

-2-
DECLARATION OF JOSEPH ALAN HURLEY ISO EX PARTE APPLICATION FOR TRO TO GOOGLE
Error! Unknown document property name.

from the unlawful activities of Sridhar and Bangad in the shipping business.

7. Suzlon is concerned that Sridhar and Bangad will delete email from their Gmail accounts or simply close those accounts, resulting in the loss of all emails from these accounts. It is known that Sridhar and Bangad closed four Yahoo! email accounts which were the subject of subpoenas for production issued by the Australian Federal Court on or about February 8, 2010 to Yahoo7! Pty Ltd. Upon receipt of the subpoenas for production, Yahoo7! Pty Ltd advised that there were no documents to produce, as the account holder had closed their account. One of these email accounts had been the subject of an earlier subpoena for production issued by the Australian Federal Court which had disclosed emails which in my view greatly assisted Suzlon in their allegations against Sridhar and to a lesser extent Bangad. If the Court does not order Google to preserve Sridhar's and Bangad's Gmail accounts, then nothing will prevent Mr. Sridhar or Mr. Bangad from deleting emails from their Gmail accounts or closing those accounts entirely. If they delete email from their Gmail accounts, there is a substantial risk that the electronic data will be forever lost or substantially more difficult to retrieve. Suzlon will therefore be at substantial risk of losing evidence that is critical to the Australian Proceedings, and Suzlon will suffer immediate and irreparable injury. There are no other legal remedies that could adequately protect Suzlon's interest.

8. Prior to the issuance of an order by this Court "freezing" said Gmail accounts, Suzlon runs the immediate irreparable harm of Mr. Sridhar and Mr. Bangad deleting emails from said Gmail accounts.

Executed in Sydney, Australia

DATE: March 3, 2010

_____
JOSEPH A. HURLEY

-3-
DECLARATION OF JOSEPH ALAN HURLEY ISO EX PARTE APPLICATION FOR TRO TO GOOGLE
Error! Unknown document property name.