**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
Gregory W. Poulos (SBN 131428)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AT SAN JOSE

| | |
|---|---|
| In Re Beluga Shipping Gmbh & Co. KS "Beluga Fantastic" v. Suzlon Energy Ltd., Federal Court Proceedings, NSD 1670 of 2008 before the Federal Court, New South Wales, Australia | Misc. Case No.: 10-80034 JW (PVT)<br><br>**DECLARATION OF KIRTI VAGADIA IN SUPPORT OF SUZLON'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO GOOGLE, INC.**<br><br>Hearing date: MARCH 5, 2010<br>Time: 10:00 AM<br>Location: Courtroom 5<br>Chief Magistrate Judge Patricia V. Trumbull |

I, KIRTIKANT JASWANTRAU VAGADIA, Group Head-Corporate Finance of Suzlon Energy Limited, Suzlon One Earth, Sun Lounge RW-L3, Opp. Magarpatta City, Hadarsar, Pune hereby declare under penalties of perjury of the laws of the United States, and in accordance with the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct:

1. I am a member of the Suzlon's Group Supervisory Council for the Suzlon Group. The Suzlon Group includes Suzlon Energy Ltd, Suzlon Energy Australia Pty Ltd, Suzlon Infrastructure Limited, Suzlon Wind Energy Corporation USA, Suzlon Structures Ltd and SE Shipping Pte Ltd (collectively referred to as "Suzlon"). I have held these positions since January 1995. I am a chartered Accountant and completed my CA and Master of Commerce

-1-
**DECLARATION OF KIRTIKANT JASWANTRAU VAGADIA ISO EX PARTE APPLICATION FOR TRO TO GOOGLE**

1. in 1988.

2. I submit this declaration in support of Suzlon's Ex Parte for a Temporary Restraining Order to Google Inc. to save and freeze all email, data and metadata from the following Gmail accounts: 1) Ybangad@gmail.com; 2) sanjeevbangad@gmail.com; 3) rsidhar1998@gmail.com; and, 4) g01p366@gmail.com.

3. Mr. Rajagopalan Sridhar ("Sridhar") and Mr. Sanjeev Bangad ("Bangad") are former officers of Suzlon.

4. Suzlon is informed and believes that Sridhar and Bangad created the following electronic mail accounts using Google's "Gmail" service to facilitate their illegal actions against Suzlon: Ybangad@gmail.com; sanjeevbangad@gmail.com; rsridhar1998@gmail.com; and g01p36b@gmail.com.

Executed in Pune, India

DATE: March 04, 2010

_____
KIRTI VAGADIA

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

-2-
DECLARATION OF KIRTIKANT JASWANTRAU VAGADIA ISO EX PARTE APPLICATION FOR TRO TO GOOGLE