**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
Gregory W. Poulos (SBN 131428)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AT SAN JOSE

|  |  |
|---|---|
| In Re Beluga Shipping Gmbh & Co. KS "Beluga Fantastic" v. Suzlon Energy Ltd., Federal Court Proceedings, NSD 1670 of 2008 before the Federal Court, New South Wales, Australia | Misc. Case No.: 10-80034 JW (PVT)<br><br>**DECLARATION OF MARC A. CENTOR IN SUPPORT OF SUZLON'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO GOOGLE, INC.**<br><br>**Hearing date: March 5, 2010**<br>**Time: 10:00 AM**<br>**Location: Courtroom 5**<br>**Chief Magistrate Judge Patricia V. Trumbull** |

I, Marc A. Centor, declare as follows:

1.      I am an Associate at the law firm of Cox, Wootton, Griffin, Hansen & Poulos LLP, attorneys for Suzlon. I have personal knowledge of the facts stated in this declaration and could so testify if called as a witness.

2.      I submit this declaration in support of Suzlon's Petition for a Temporary Restraining Order to Google Inc. ("Google") to save and freeze all email, data and metadata from the following Gmail accounts: 1) Ybangad@gmail.com; 2) sanjeevbangad@gmail.com; 3) rsidhar1998@gmail.com; and, 4) g01p366@gmail.com.

3.      On February 5, 2010, Suzlon filed a petition pursuant to 28 U.S.C. § 1782 in the United States District Court, Northern District, San Jose seeking an order from the Court

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

-1-
DECLARATION OF MARC A. CENTOR ISO EX PARTE APPLICATION FOR TRO TO GOOGLE

1   allowing for the issuance of a document and deposition subpoena to Google, Inc.

2   ("Google") for witnesses and documentary evidence related to Mr. Sanjeev Bangad's

3   ("Bangad") and Mr. Rajagopalana Sridhar's ("Sridhar") "Gmail" accounts. Attached hereto

4   as **Exhibit A** is a true and correct copy of that petition.

5   4.       On February 12, 2010, the Court rejected the Petition, *without prejudice*, on the

6   basis that Suzlon failed to give notice of the Petition to Google, Sridhar and Bangad.

7   Attached hereto as **Exhibit B** is a true and correct copy of that February 12 order.

8   5.       Subsequently, Suzlon submitted a request to the Court allowing for service by mail

9   to Bangad and Sridhar at their counsel's office and at their home address because these

10  individuals are currently incarcerated in a jail in Pune, India. Attached hereto as **Exhibit C**

11  is a true and correct copy of that request.

12  6.       The Court rejected Suzlon's request but modified its Order allowing for service

13  consistent with the Hague Convention. Attached hereto as **Exhibit D** is a true and correct

14  copy of that modified Order.

15  7.       Suzlon will make best efforts to provide notice of the Court's Order to Mr. Sridhar

16  and Mr. Bangad pursuant to the Hague Convention.

17  8.       Suzlon has made attempts to contact Google asking Google to preserve Sridhar's

18  and Bangad's Gmail accounts, including sending a letter requesting preservation of the

19  accounts in question on February 23, 2010. Attached hereto as **Exhibit E** is a true and

20  correct copy of that letter. Galin G. Luk has also informed me that he telephoned Google's

21  Legal Investigation and Legal Process Department on the same date and left a voicemail at

22  650.253.3425 regarding the above. To date, Google has not responded to these requests.

23  9.       On or about March 3, 2010, we provided notice to Google Legal Investigation and

24  Google General Counsel Kent Walker by fax that we will be making an *Ex Parte*

25  Application for a Temporary Restraining Order on Friday, March 5, 2010 in the above

26  court. Attached hereto as **Exhibit F** is a true and correct copy of the cover sheet to that

27  transmitted fax. I also called both Google Legal Investigation and Mr. Walker to provide

28  them similar notice.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

-2-

**DECLARATION OF MARC A. CENTOR ISO EX PARTE APPLICATION FOR TRO TO GOOGLE**

1

2      I declare under penalty of perjury and under the laws of the State of California that

3   the foregoing is true and correct, and that this declaration was signed by me this 4th day of

4   March, 2010, at San Francisco, California.

5

6                                                    _____

7                                                              Marc A. Centor

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP      26

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105              27
TEL: 415-438-4600
FAX: 415-438-4601

28

DECLARATION OF MARC A. CENTOR ISO EX PARTE APPLICATION FOR TRO TO GOOGLE

# EXHIBIT A

ORIGINAL
FILED

2010 FEB -5  P 3: 14

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

1  COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS, LLP
2  Gregory W. Poulos (SBN 13\428)
   Galin G. Luk (SBN 199728)
3  190 The Embarcadero
   San Francisco, CA  94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
                          ADR
6              UNITED STATES DISTRICT COURT
7             NORTHERN DISTRICT OF CALIFORNIA
8                      AT SAN JOSE
9
10  In Re Beluga Shipping Gmbh & Co. KS   )    Matter No. _____
    "Beluga Fantastic" v. Suzlon Energy Ltd.,  )
11  Federal Court Proceedings, NSD 1670 of  )    SUZLON'S PETITION FOR
    2008 before the Federal Court, New South )    LEAVE TO TAKE DISCOVERY
12  Wales, Australia                      )    IN AID OF FOREIGN JUDICIAL
                                          )    PROCEEDING PURSUANT TO 28
13  _____  )    U.S.C. § 1782
14
15        SUZLON ENERGY LTD., SUZLON ENERGY AUSTRALIA PTY LTD.,
16  SUZLON INFRASTRUCTURE LIMITED, SUZLON WIND ENERGY CORPORATION,
17  USA, SUZLON STRUCTURES PTE., LTD., AND SE SHIPPING PTE LTD. (hereinafter
18  collectively "Petitioner" or "Suzlon") allege as follows:
19        1.     Suzlon consists of individual entities, mentioned hereinabove, that are
20  claimants in a foreign proceeding before the Federal Court of Australia, New South Wales
21  District Registry ("Australian Court") in New South Wales, Australia in a matter entitled
22  "In Re Beluga Shipping Gmbh & Co. KS "Beluga Fantastic" v. Suzlon Energy Ltd.,
23  Federal Court Proceedings, NDS 1670 of 2008 before the Federal Court, New South Wales,
24  Australia" ("Australian Proceedings").
25        2.     The Seventh Second and Third Second Cross-Defendants in the Australian
26  Proceedings are Mr. Rajagopalan Sridhar ("Sridhar") and Mr. Sanjeev Bangad ("Bangad"),
27  respectively, former employees of Suzlon. Suzlon alleges in the Australia Proceeding that
28  Sridhar and Bangad committed fraud and breached their fiduciary duties to Suzlon.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

-1-
PETITION FOR LEAVE TO TAKE DISCOVERY IN FOREIGN PROCEEDING

3.     A true and correct copy of a face sheet of a pleading showing the caption for the Australia Proceeding is attached as Exhibit **"A"** to the Declaration of Joseph A. Hurley, Esq., hereafter "Hurley Decl.")

3.     Suzlon is requesting this Court's leave to take discovery in support of a foreign proceeding, the Australian Proceedings.  Consequently, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1782.

4.     Pursuant to 28 U.S.C. § 1391, venue is proper here.  Specifically, discoverable information in Google Inc.'s possession or control, bearing on the Australia Proceeding is located in this district.  Suzlon seeks to subpoena from Google Inc. ("Google"), electronic mail ("email") from certain "Gmail" accounts that were created or used by Sridhar and Bangad and specifically: Ybangad@gmail.com; sanjeevbangad@gmail.com; rsridhar1998@gmail.com; and g01p36b@gmail.com.  Suzlon is also seeking the deposition testimony of Google witnesses who can sponsor the foundational authenticity of those emails.  Gmail is Google's "electronic mail" account available for free to individuals who sign up on Google's website.  Google's principle place of business is at 1600 Amphitheatre Parkway, Mountain View, California 94043 and is thus currently within this judicial district.

5.     Suzlon is entitled to leave of Court to conduct discovery as necessary to obtain testimony and production of documents from Google for use in the Australian Proceeding pursuant to 28 U.S.C. § 1782.

### Prayer for relief

WHEREFORE, Suzlon prays for:

1.     Leave of Court pursuant to 28 U.S.C. § 1782 to conduct discovery;

2.     For the Court to issue the document and deposition subpoena attached as Exhibit **"A"** to the [Proposed] Order;

3.     For the Court to order that Google preserve the contents of the following Gmail accounts: Ybangad@gmail.com; sanjeevbangad@gmail.com; rsridhar1998@gmail.com; and g01p36b@gmail.com to allow for appropriate discovery

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX 415-438-4601

1  to be conducted on said accounts.  This includes saving or capturing the contents in said

2  accounts, including data or metadata associated with said accounts and preventing the

3  deletion of any emails, data or metadata associated with said accounts.

4      4.      Any other relief that this court deems just.

5

6  DATED:  February ___, 2010        COX, WOOTTON, GRIFFIN,
        HANSEN & POULOS, LLP

7

8

9  By: _____
    Gregory W. Poulos

10      Attorneys for Petitioner
    SUZLON ENERGY LTD., SUZLON

11      ENERGY AUSTRALIA PTY LTD.,
    SUZLON INFRASTRUCTURE LIMITED,

12      SUZLON WIND ENERGY CORPORATION,
    USA, SUZLON STRUCTURES PTE.,
    LTD. and SE SHIPPING PTE LTD.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

# EXHIBIT B

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11
12

Misc. Case No.: 10-80034 JW (PVT)

13

14   IN RE BELUGA SHIPPING GMBH & CO.
     KS "BELUGA FANTASTIC" V. SUZLON
15   ENERGY LTD., FEDERAL COURT
     PROCEEDINGS, NSD 1670 OF 2008
16   BEFORE THE FEDERAL COURT, NEW
     SOUTH WALES, AUSTRALIA
17

**ORDER DENYING WITHOUT
PREJUDICE SUZLON'S PETITION
FOR LEAVE TO TAKE DISCOVERY
IN AID OF FOREIGN JUDICIAL
PROCEEDINGS PURSUANT TO 28
U.S.C. §1782**

[Docket No. 1]

18       Suzlon Energy, Ltd., Suzlon Energy Australia PTY Ltd., Suzlon Infrastructure Limited,

19   Suzlon Wind Energy Corporation, USA, Suzlon Structures PTE, Ltd. and SE Shipping PTE Ltd.

20   petition for leave to take discovery in aid of foreign judicial proceedings pursuant to 28 U.S.C. §

21   1782. (collectively "petitioners" or "Suzlon").

22       In an action proceeding in the Federal Court in New South Wales, Australia, Suzlon states

23   that their former employees, Rajagopalan Sridhar (Chief Manufacturing Officer) and Sanjeev

24   Bangad (General Manager, Logistics), have been named as cross-defendants and allegations against

25   them include claims for fraud and breach of fiduciary duty.  Specifically, Suzlon alleges that

26   individual cross-defendants Sridhar and Bangad misrepresented to the company whether Suzlon

27   could procure sufficient ships to transport Suzlon's cargo, and instead themselves, formed and

28   incorporated several companies to financially benefit from transporting Suzlon's cargo.

ORDER, *page 1*

1    Suzlon petitions to subpoena the contents of certain electronic mail accounts hosted by non-
2    party Google, Inc. ("Google"). Suzlon believes that certain email accounts were used by the
3    individual cross-defendants to facilitate their egregious conduct. Additionally, Suzlon petitions to
4    depose personnel from Google to authenticate the emails from certain electronic mail accounts.
5    Because Google's headquarters is located in Mountain View, California and in this district, Suzlon
6    petitions this court for leave to take discovery.

7    "[A]ll motions must be filed, served and noticed in writing on the motion calendar of the
8    assigned Judge for hearing not less than 35 days after service of the motion." Civ. L.R. 7-2(a).

9    Here, Suzlon has not noticed the above-specified petition for a hearing before this court and
10    does not appear to have served Mr. Sridhar, Mr. Bangad or non-party Google. Accordingly,
11    Suzlon's petition for leave to take discovery is denied without prejudice to a properly noticed
12    motion.

13    Suzlon shall serve the individual cross-defendants identified above as well as non-party
14    Google. In the event the individual cross-defendants reside in Australia, Suzlon's counsel in the
15    underlying action may serve the petition as prescribed by Australian law. *See,.e.g,* Rule 4(f) of the
16    Fed. R. Civ. P.

17    IT IS SO ORDERED.

18    Dated:   February 12, 2010

       *Patricia V. Trumbull*
       _____
       PATRICIA V. TRUMBULL
       United States Magistrate Judge

ORDER, *page 2*

# EXHIBIT C

1

**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**

2   Gregory W. Poulos (SBN 131428)
Galin G. Luk (SBN 199728)

3   190 The Embarcadero
San Francisco, CA  94105

4   Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

5

6   Attorneys for Suzlon Energy Ltd.,
Suzlon Energy Australia PTY Ltd.,

7   Suzlon Infrastructure Limited,
Suzlon Wind Energy Corporation, USA,

8   Suzlon Structures PTE, Ltd.
and SE Shipping PTE Ltd.

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13   In Re Beluga Shipping Gmbh & Co. KS          )   Misc. Case No.: 10-80034 JW (PVT)
                                                  )
14   "Beluga Fantastic" v. Suzlon Energy Ltd.,    )   **DECLARATION OF GALIN G. LUK**
     Federal Court Proceedings, NSD 1670 of       )   **IN SUPPORT OF AMENDMENT TO**
15   2008 before the Federal Court, New South     )   **ORDER DENYING WITHOUT**
     Wales, Australia                             )   **PREJUDICE SUZLON'S PETITION**
16                                                )   **FOR LEAVE TO CONDUCT**
                                                  )   **DISCOVERY IN AID OF FOREIGN**
17                                                )   **JUDICIAL PROCEEDING**
                                                  )   **PURSUANT TO**
18                                                )   **28 U.S.C. § 1782**
                                                  )
19                                                )   [Docket No. 1]

20

21

22        I, Galin G. Luk, declare the following under penalty of perjury:

23   1.     I am an attorney admitted to practice before all courts in the state of California, all

     federal district courts  in the state of California, and a partner in the law firm of Cox,

24   Wootton, Griffin, Hansen & Poulos, LLP, attorneys of record for petitioners Suzlon Energy,

25   Ltd., Suzlon Energy Australia PTY Ltd., Suzlon Infrastructure Limited, Suzlon Wind

26   Energy Corporation, USA, Suzlon Structures PTE, Ltd. and SE Shipping PTE Ltd.

27   (Suzlon).

28   2.     I am personally familiar with all the facts stated herein except where my knowledge

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

1    is based upon information and belief from my clients or other individuals, in which

2    instances I have identified the source of my information and believe the information to be

3    true and correct.

4    **3.**      I am submitting this declaration requesting that the Court amend paragraphs 13-15,

5    on page 2 of the "ORDER DENYING WITHOUT PREJUDICE SUZLON'S PETITION

6    FOR LEAVE TO TAKE DISCOVERY IN AID OF FOREIGN JUDICIAL

7    PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782" issued by Magistrate Judge Patricia

8    V. Trumbull, dated February 12, 2010, and attached herein as Exhibit **"1".**

9    **4.**      Specifically, paragraphs 13-15, page 2 of the Order states as follows:  "Suzlon shall

10   serve the individual cross-defendants identified above as well as non-party Google.  In the

11   event the individual cross-defendants reside in Australia, Suzlon's counsel in the underlying

12   action may serve the petition as prescribed by Australian law.  *See,. e.g.* Rule 4(f) of the

13   Fed. R. Civ. P."

14   **5.**      Based on information and belief, the cross-defendants are currently incarcerated in

15   Pune India and do not currently reside in Australia, making service by Australian law

16   inapplicable. I am therefore requesting that the Court amend the Order, allowing Suzlon to

17   serve cross-defendants, by mail, at their current location of incarceration, with a copy to

18   either their last known home address or their legal counsel in India representing their

19   interest for their incarceration in India, pursuant to Rule 4(f)(3) and as indicated in the

20   **"[Proposed] AMENDED ORDER DENYING WITHOUT PREJUDICE SUZLON'S**

21   **PETITION FOR LEAVE TO CONDUCT DISCOVERY IN AID OF FOREIGN**

22   **JUDICIAL PROCEEDING PURSUANT TO 28 U.S.C. § 1782."**

23   **5.**      Suzlon is petitioning the Court for leave to take discovery in aid of foreign judicial

24   proceedings pursuant to 28 U.S.C. § 1782.

25   6.      Mr. Joseph A. Hurley is a solicitor and partner of the law firm HWL Ebsworth

26   Lawyers, with offices at Level  14, 264-278 George Street, Sydney, Australia.  Mr. Hurley

27   is the solicitor of record for Suzlon.  Ms. Kristen Hibbard is a solicitor with HWL Ebsworth

28   Lawyers.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL. 415-438-4600
FAX 415-438-4601

-2-

7.     On information and belief, and based on verbal and documentary information provided to me by Mr. Hurley and Ms. Hibbard, Suzlon initiated a cross-claim in the Federal Court in New South Wales, Australia, against their former employees, Rajagopalan Sridhar (Chief Manufacturing Officer) and Sanjeev Bangad (General Manager, Logistics), for fraud and breach of fiduciary duty claims ("Australian Proceeding").

8.     Mr. Hurley and Ms. Hibbard have confirmed with me that Mr. Sridhar and Mr. Bangad are currently incarcerated in Pune India. Ms. Hibbard provided me with the identity of Mr. Sridhar's location of incarceration, criminal counsel in India and, Mr. Sridhar's last known home address in India and Mr. Bangad's location of incarceration and last known home address in India. The information is as follows:

### Rajagopalan Sridhar:

**Location of incarceration:**

Mr. Rajagopalan Sridhar
Prisoner under Judicial Custody
C. R. No 387/2009 of Bundgarden Police Station
R. C. C. No. 5749/2009
C/o Yerwada Central Jail
Off. Airport Road
Pune (MH) India

**Last known home address:**

Mr. Rajagopalan Sridhar
Cluster No. 12, Unit No. 11
Kumar City, Kalyani Nagar
Pune (MH) India

**Address of Indian counsel:**

Mr. Rajagopalan Sridhar
C/- Mr. K. M. Irani
Chamber No. 20
'C' Building
Lawyers Chambers
Shivaji Nagar Court
Pune (MH) India

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

1

**Sanjeev Bangad:**

2

3

**Location of incarceration:**

4

Mr. Sanjeev Bangad
Prisoner under Judicial Custody
C. R. No 387/2009 of Bundgarden Police Station
R. C. C. No. 5749/2009
C/o Yerwada Central Jail
Off. Airport Road
Pune (MH) India

5

6

7

**Last known home address:**

8

Mr. Sanjeev Bangad
702, Cosmos Building
Magarpatta City
Pune (MH) India

9

10

11

I declare under penalty of perjury under the laws of the United States that the foregoing

12

is true and correct. Read and signed this day of February 24, 2010 in San Francisco,

13

California.

14

15

16

17

By: _____

18

Galin G. Luk

19

20

21

22

23

24

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

25

26

27

28

-4-

# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE BELUGA SHIPPING GMBH & CO. KS "BELUGA FANTASTIC" V. SUZLON ENERGY LTD., FEDERAL COURT PROCEEDINGS, NSD 1670 OF 2008 BEFORE THE FEDERAL COURT, NEW SOUTH WALES, AUSTRALIA ) ) ) ) ) ) ) ) ) | Misc. Case No.: 10-80034 JW (PVT)  **ORDER DENYING WITHOUT PREJUDICE SUZLON'S PETITION FOR LEAVE TO TAKE DISCOVERY IN AID OF FOREIGN JUDICIAL PROCEEDINGS PURSUANT TO 28 U.S.C. §1782**  [Docket No. 1] |

Suzlon Energy, Ltd., Suzlon Energy Australia PTY Ltd., Suzlon Infrastructure Limited, Suzlon Wind Energy Corporation, USA, Suzlon Structures PTE, Ltd. and SE Shipping PTE Ltd. petition for leave to take discovery in aid of foreign judicial proceedings pursuant to 28 U.S.C. § 1782. (collectively "petitioners" or "Suzlon").

In an action proceeding in the Federal Court in New South Wales, Australia, Suzlon states that their former employees, Rajagopalan Sridhar (Chief Manufacturing Officer) and Sanjeev Bangad (General Manager, Logistics), have been named as cross-defendants and allegations against them include claims for fraud and breach of fiduciary duty. Specifically, Suzlon alleges that individual cross-defendants Sridhar and Bangad misrepresented to the company whether Suzlon could procure sufficient ships to transport Suzlon's cargo, and instead themselves, formed and incorporated several companies to financially benefit from transporting Suzlon's cargo.

ORDER, *page 1*

EXHIBIT "1"

PAGE_____OF_____

1  Suzlon petitions to subpoena the contents of certain electronic mail accounts hosted by non-

2  party Google, Inc. ("Google"). Suzlon believes that certain email accounts were used by the

3  individual cross-defendants to facilitate their egregious conduct. Additionally, Suzlon petitions to

4  depose personnel from Google to authenticate the emails from certain electronic mail accounts.

5  Because Google's headquarters is located in Mountain View, California and in this district, Suzlon

6  petitions this court for leave to take discovery.

7  "[A]ll motions must be filed, served and noticed in writing on the motion calendar of the

8  assigned Judge for hearing not less than 35 days after service of the motion." Civ. L.R. 7-2(a).

9  Here, Suzlon has not noticed the above-specified petition for a hearing before this court and

10  does not appear to have served Mr. Sridhar, Mr. Bangad or non-party Google. Accordingly,

11  Suzlon's petition for leave to take discovery is denied without prejudice to a properly noticed

12  motion.

13  Suzlon shall serve the individual cross-defendants identified above as well as non-party

14  Google. In the event the individual cross-defendants reside in Australia, Suzlon's counsel in the

15  underlying action may serve the petition as prescribed by Australian law. *See,.e.g,* Rule 4(f) of the

16  Fed. R. Civ. P.

17  IT IS SO ORDERED.

18  Dated:  February 12, 2010

19  _Patricia V. Trumbull_

20  PATRICIA V. TRUMBULL
    United States Magistrate Judge

21

22

23

24

25

26

27

28

ORDER, *page 2*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re Beluga Shipping Gmbh & Co. KS "Beluga Fantastic" v. Suzlon Energy Ltd., Federal Court Proceedings, NSD 1670 of 2008 before the Federal Court, New South Wales, Australia | ) ) ) ) ) ) ) ) |

Misc. Case No.: 10-80034 JW (PVT)

**[PROPOSED] AMENDED ORDER DENYING WITHOUT PREJUDICE SUZLON'S PETITION FOR LEAVE TO CONDUCT DISCOVERY IN AID OF FOREIGN JUDICIAL PROCEEDING PURSUANT TO 28 U.S.C. § 1782**

[Docket No. 1]

Suzlon Energy, Ltd., Suzlon Energy Australia PTY Ltd., Suzlon Infrastructure Limited, Suzlon Wind Energy Corporation, USA, Suzlon Structures PTE, Ltd. and SE Shipping PTE Ltd. petition for leave to take discovery in aid of foreign judicial proceedings pursuant to 28 U.S.C. § 1782. (collectively "petitioners" or "Suzlon").

In an action proceeding in the Federal Court in New South Wales, Australia, Suzlon states that their former employees, Rajagopalan Sridhar (Chief Manufacturing Officer) and Sanjeev Bangad (General Manager, Logistics), have been named as cross-defendants and allegations against them include claims for fraud and breach of fiduciary duty.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

1   Specifically, Suzlon alleges that individual cross-defendants Sridhar and Bangad

2   misrepresented to the company whether Suzlon could procure sufficient ships to transport

3   Suzlon's cargo, and instead themselves, formed and incorporated several companies to

4   financially benefit from transporting Suzlon's cargo.

5       Suzlon petitions to subpoena the contents of certain electronic mail accounts hosted

6   by non-party Google, Inc. ("Google"). Suzlon believes that certain email accounts were

7   used by the individual cross-defendants to facilitate their egregious conduct. Additionally,

8   Suzlon petitions to depose personnel from Google to authenticate the emails from certain

9   electronic mail accounts. Because Google's headquarters is located in Mountain View,

10   California and in this district, Suzlon petitions this court for leave to take discovery.

11       "[A]ll motions must be filed, served and noticed in writing on the motion calendar

12   of the assigned Judge for hearing not less than 35 days after service of the motion." Civ.

13   L.R. 7-2(a).

14       Here, Suzlon has not noticed the above-specified petition for a hearing before this

15   court and does not appear to have served Mr. Sridhar, Mr. Bangad or non-party Google.

16   Accordingly, Suzlon's petition for leave to take discovery is denied without prejudice to a

17   properly noticed motion.

18       Suzlon shall serve the individual cross-defendants indentified above as well as non-

19   party Google. Because it is the Court's understanding that the individual cross-defendants

20   are currently incarcerated in India, pursuant to Rule 4(f)(3), the petitioners may serve

21   cross-defendants, by mail, at their current location of incarceration, with a copy to either

22   their last known home address or their legal counsel in India representing their interest for

23   their incarceration in India. The information available to the Court is as follows:

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
91105
TEL: 415-438-4600
FAX: 415-438-4601

**Rajagopalan Sridhar:**

**Location of incarceration:**

Mr. Rajagopalan Sridhar
Prisoner under Judicial Custody
C. R. No 387/2009 of Bundgarden Police Station
R. C. C. No. 5749/2009
C/o Yerwada Central Jail
Off. Airport Road
Pune (MH) India

**Last known home address:**

Mr. Rajagopalan Sridhar
Cluster No. 12, Unit No. 11
Kumar City, Kalyani Nagar
Pune (MH) India

**Address of Indian counsel:**

Mr. Rajagopalan Sridhar
C/- Mr. K. M. Irani
Chamber No. 20
'C' Building
Lawyers Chambers
Shivaji Nagar Court
Pune (MH) India

**Sanjeev Bangad:**

**Location of incarceration:**

Mr. Sanjeev Bangad
Prisoner under Judicial Custody
C. R. No 387/2009 of Bundgarden Police Station
R. C. C. No. 5749/2009
C/o Yerwada Central Jail
Off. Airport Road
Pune (MH) India

**Last known home address:**

Mr. Sanjeev Bangad
702, Cosmos Building
Magarpatta City
Pune (MH) India

1

2          IT IS SO ORDERED.

3

4

5       Dated: February ____, 2010            _____

6                                              PATRICIA V. TRUMBULL
                                               United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP      26

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105            27
TEL. 415-438-4600
FAX: 415-438-4601

28

# EXHIBIT D

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| In Re Beluga Shipping Gmbh & Co. KS "Beluga Fantastic" v. Suzlon Energy Ltd., Federal Court Proceedings, NSD 1670 of 2008 before the Federal Court, New South Wales, Australia | Misc. Case No. 10-80034 JW (PVT)<br><br>**ORDER REGARDING SUZLON'S AMENDED ORDER FOR LEAVE TO CONDUCT DISCOVERY IN AID OF FOREIGN JUDICIAL PROCEEDING PURSUANT TO 28 U.S.C. § 1782**<br><br>[Docket No. 9] |

19  Previously, Suzlon Energy, Ltd., Suzlon Energy Australia PTY Ltd., Suzlon Infrastructure

20  Limited, Suzlon Wind Energy Corporation, USA, Suzlon Structures PTE, Ltd., and SE Shipping

21  PTE Ltd. (collectively "Suzlon") petitioned for leave to conduct discovery in aid of foreign judicial

22  proceedings pursuant to 28 U.S.C. § 1782. On February 12, 2010, the court issued an order denying

23  without prejudice Suzlon's petition for leave to conduct discovery in aid of foreign judicial

24  proceedings pursuant to 28 U.S.C. § 1782. Specifically, the court instructed Suzlon to serve cross-

25  defendants Sridhar and Bangad, who were believed to reside in Australia. On February 24, 2010,

26  Suzlon filed an amended order which indicated that the cross-defendants currently live and are

27  imprisoned in India. Suzlon requests that it be permitted to conduct service of process by mail.

28  IT IS HEREBY ORDERED that Suzlon conduct service of process by the following manner:

India is a member of the Hague Convention and therefore service of process will comply

ORDER, *page 1*

1  with the regulations set therein. *See* Hague Convention on the Service Abroad of Judicial and

2  Extrajudicial Documents in Civil or Commercial Matters, November 15, 1969. Additionally, India

3  also includes several special conditions to service of process:

    1.   Documents to be served must be written in or translated into English.

    2.   Documents to be served cannot be sent by regular mail.

    3.   Documents must be served indirectly by proper authority.

    4.   Documents cannot be served to the defendants by a private judicial officer.

*See id.* at Declarations Reservations; *see also Headstrong Corp. v. Jha*, 2007 U.S. Dist. LEXIS

31135, 6-7 (E.D. Va. Apr. 27, 2007) (holding that "Federal Express with return receipt" did not

qualify as service of process in India). Thus, Suzlon's request to conduct service of process by mail

does not comply with regulations in India.

       Accordingly, Suzlon needs to adhere to the service of process requirements as set forth by

India in order to comply with this court's prior order.

       IT IS SO ORDERED.

Dated: March 1, 2010

PATRICIA V. TRUMBULL
United States Magistrate Judge

*United States District Court*
*For the Northern District of California*

ORDER, *page 2*

# EXHIBIT E

# COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

TERENCE S. COX
RICHARD C. WOOTTON*
MITCHELL S. GRIFFIN
RUPERT P. HANSEN
GREGORY W. POULOS
MARC T. CEFALU
GALIN G. LUK
*ALSO ADMITTED IN HAWAII

ATTORNEYS AT LAW
190 THE EMBARCADERO
SAN FRANCISCO, CALIFORNIA  94105

TELEPHONE: (415) 438-4600
FACSIMILE: (415) 438-4601
WEBSITE: http://www.cwghp.com

MAX L. KELLEY
COURTNEY M. CRAWFORD
JODY M. TALIAFERRO
MARC A. CENTOR
BROOKE L. DUPRE
CHRISTOPHER S. KIELIGER

**February 23, 2010**

## FAX COVER SHEET

**To:** GOOGLE LEGAL DEPARTMENT  GOOGLE INC.  650.887.2421

**From:** Galin G. Luk

**Subject:** Request to preserve contents of certain Gmail accounts

**Case:** In Re Beluga Shipping Gmbh & Co. KS "Beluga Fantastic" v.  Suzlon Energy Ltd., Federal Court Proceedings, NSD 1670 of 2008 before the Federal Court, New South Wales, Australia

**Court:** United States District Court, Northern District, San Jose,

**Our Code:** Suzlon.Google

**Your Code:**

**# of Pages:** 3 (including cover)

☐ **ORIGINAL IS BEING MAILED**
☐ **FAX TRANSMITTAL ONLY**

☐ **FOR REVIEW**
☐ **PLEASE REPLY**

**Comments:**

Please see attached letter requesting preservation of contents of certain Gmail accounts.

**WARNING!**

UNAUTHORIZED INTERCEPTION OF THIS COMMUNICATION COULD BE A VIOLATION OF FEDERAL LAW. THIS FACSIMILE CONTAINS PRIVILEGED AND CONFIDEN-
TIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE
IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

```
*********************
   TRANSMISSION REPORT
*********************
```

(TUE) FEB 23 2010 11:06
COX, WOOTTON, GRIFFIN, HANSEN&POULOS, LLP

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | PAGE(S) | MODE | RESULT |
|---|---|---|---|---|---|---|
| 4861698-359 | 2. 23  11:04 | 2. 23  11:05 | 48" | 3 | ECM | OK |

| DESTINATION | DST. TEL # |
|---|---|
| 6508872421--0030 | 16508872421--0030 |

# COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

TERENCE S. COX
RICHARD C. WOOTTON*
MITCHELL S. GRIFFIN
RUPERT P. HANSEN
GREGORY W. POULOS
MARC T. CEFALU
GALIN G. LUK
  *ALSO ADMITTED IN HAWAII

ATTORNEYS AT LAW
190 THE EMBARCADERO
SAN FRANCISCO, CALIFORNIA 94105

TELEPHONE: (415) 438-4600
FACSIMILE: (415) 438-4601
WEBSITE: http://www.cwghp.com

MAX L. KELLEY
COURTNEY M. CRAWFORD
JODY M. TALIAFERRO
MARC A. CENTOR
BROOKE L. DUPRE
CHRISTOPHER S. KIELIGER

### February 23, 2010

### FAX COVER SHEET

**To:**   GOOGLE LEGAL   GOOGLE INC.      650.887.2421
           DEPARTMENT

**From:**   Galin G. Luk

**Subject:**   Request to preserve contents of certain Gmail accounts

**Case:**   In Re Beluga Shipping Gmbh & Co. KS "Beluga Fantastic" v. Suzlon Energy Ltd.,
             Federal Court Proceedings, NSD 1670 of 2008 before the Federal Court, New South Wales,
             Australia

**Court:**   United States District Court, Northern District, San Jose,

**Our Code:**   Suzlon.Google

**Your Code:**

**# of Pages:**   3 (including cover)

☐ **ORIGINAL IS BEING MAILED**          ☐ **FOR REVIEW**
☐ **FAX TRANSMITTAL ONLY**              ☐ **PLEASE REPLY**

**Comments:**

Please see attached letter requesting preservation of contents of certain Gmail accounts.

# COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

TERENCE S. COX
RICHARD C. WOOTTON\*
MITCHELL S. GRIFFIN
RUPERT P. HANSEN
GREGORY W. POULOS
MARC T. CEFALU
GALIN G. LUK
 \*ALSO ADMITTED IN HAWAII

ATTORNEYS AT LAW
190 THE EMBARCADERO
SAN FRANCISCO, CALIFORNIA 94105

TELEPHONE: (415) 438-4600
FACSIMILE: (415) 438-4601
WEBSITE: http://www.cwghp.com

MAX L. KELLEY
COURTNEY M. CRAWFORD
JODY M. TALIAFERRO
MARC A. CENTOR
BROOKE L. DUPRE
CHRISTOPHER S. KIELIGER

**February 23, 2010**

**FEDERAL EXPRESS AND FACSIMILE**
Google Inc. Legal Department
1600 Amphitheatre Parkway
Mountain View, CA 94043

Re:    In Re Beluga Shipping Gmbh & Co. KS "Beluga Fantastic" v. Suzlon Energy Ltd., Federal Court Proceedings, NSD 1670 of 2008 before the Federal Court, New South Wales, Australia

Subj:  Request to preserve contents of certain Gmail accounts

Dear Google Inc. Legal Department:

We are writing to ask that you *please take immediate action to preserve the contents of certain Gmail accounts* pending resolution of a petition pending before Judge Patricia V. Trumbull, the United States District Court, Northern District, San Jose.

We represent SUZLON ENERGY LTD., SUZLON ENERGY AUSTRALIA PTY LTD., SUZLON INFRASTRUCTURE LIMITED, SUZLON WIND ENERGY CORPORATION, USA, SUZLON STRUCTURES PTE., LTD., and SE SHIPPING PTE LTD. in a petition, pursuant to 28 U.S.C. § 1782, to conduct discovery in aid of a foreign judicial proceeding.

On behalf of our clients, the petition seeks the discovery of certain emails related to the following Gmail accounts: Ybangad@gmail.com; sanjeevbangad@gmail.com; rsridhar1998@gmail.com; and g01p36b@gmail.com.

We have been asked by the Court to set the matter for hearing and will be giving notice shortly to Google Inc. and to the affected parties. To ensure the integrity of said accounts, *we ask that Google Inc. do everything necessary to preserve the contents of said accounts, including information or data that may have been deleted, whether*

1

February 23, 2010
Page 2

*intentionally or unintentionally, pending resolution of this petition.*

Please feel free to call if you have any questions.

Sincerely,

Galin G. Luk
COX, WOOTTON, GRIFFIN, HANSEN &
POULOS, LLP

# EXHIBIT F

```
********************
TRANSMISSION REPORT
********************
```

(THU) MAR  4 2010 10:03
COX, WOOTTON, GRIFFIN, HANSEN&POULOS, LLP

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | PAGE(S) | MODE | RESULT |
|---|---|---|---|---|---|---|
| 4861698-404 | 3. 4  9:49 | 3. 4  9:50 | 12'55" | 53 | ECM | OK |

| DESTINATION | DST. TEL # |
|---|---|
| 6502493429--2832 | 16502493429--2832 |

# COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

TERENCE S. COX
RICHARD C. WOOTTON*
MITCHELL S. GRIFFIN
RUPERT P. HANSEN
GREGORY W. POULOS
MARC T. CEFALU
GALIN G. LUK
 *ALSO ADMITTED IN HAWAII

ATTORNEYS AT LAW
190 THE EMBARCADERO
SAN FRANCISCO, CALIFORNIA 94105

TELEPHONE: (415) 438-4600
FACSIMILE: (415) 438-4601
WEBSITE: http://www.cwghp.com

MAX L. KELLEY
COURTNEY M. CRAWFORD
JODY M. TALIAFERRO
MARC A. CENTOR
BROOKE L. DUPRE
CHRISTOPHER S. KIELIGER

**March 4, 2010**

## FAX COVER SHEET

**To: Google Legal Investigation (650.249.3429); Kent Walker (650. 887.2421)**

**From: Gregory Poulos**

**Subject: Notice of *Ex Parte* Application for TRO on Friday, March 5, 2010**

**Our Code: SUZLON.Google**

**Your Code:**

**# of Pages:** 53

| | |
|---|---|
| ☐ ORIGINAL IS BEING MAILED | ☒ FOR REVIEW |
| ☒ FAX TRANSMITTAL ONLY | ☒ PLEASE REPLY |

**Comments:**

To whom it may concern:

   We have attempted repeatedly to contact Google Inc. ("Google") regarding certain GMail accounts that we have reason to believe were used to perpetrate fraud and breaches of fiduciary duties against Suzlon Energy Ltd. and related entities resulting in loss and damages of approximately $27,000,000. To date no one from Google has responded to our attempts.

   We request that Google take immediate action to preserve all information currently stored in the following GMail accounts: Ybangad@gmail.com, sanjeevbangad@gmail.com, rsridhar1998@gmail.com, and g01p36b@gmail.com. We are hereby providing you notice that we will be filing an *Ex Parte* Application for a Temporary Restraining Order on this Friday, March 5, 2010, before Chief Magistrate Judge Patricia V. Trumbull in Courtroom 5 of the United States District Court for the Northern District of California, San Jose Division, located at 280 South 1st Street, San Jose, CA 95113. We will be asking the court to temporarily order Google to preserve all information in said accounts until the matter comes before the court on a full hearing for a

```
*************************
     TRANSMISSION REPORT
*************************
```

(THU)  MAR   4 2010 10:16
COX, WOOTTON, GRIFFIN, HANSEN&POULOS, LLP

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | PAGE(S) | MODE | RESULT |
|---|---|---|---|---|---|---|
| 4861698-405 | 3. 4  9:54 | 3. 4 10:03 | 12'44" | 53 | ECM | OK |

| DESTINATION | DST. TEL # |
|---|---|
| 6508872421--2832 | 16508872421--2832 |

# COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

TERENCE S. COX
RICHARD C. WOOTTON*
MITCHELL S. GRIFFIN
RUPERT P. HANSEN
GREGORY W. POULOS
MARC T. CEFALU
GALIN G. LUK
 *ALSO ADMITTED IN HAWAII

ATTORNEYS AT LAW
190 THE EMBARCADERO
SAN FRANCISCO, CALIFORNIA 94105

TELEPHONE: (415) 438-4600
FACSIMILE: (415) 438-4601
WEBSITE: http://www.cwghp.com

MAX L. KELLEY
COURTNEY M. CRAWFORD
JODY M. TALIAFERRO
MARC A. CENTOR
BROOKE L. DUPRE
CHRISTOPHER S. KIELIGER

**March 4, 2010**

## FAX COVER SHEET

**To:  Google Legal Investigation (650.249.3429); Kent Walker (650. 887.2421)**

**From:  Gregory Poulos**

**Subject:  Notice of *Ex Parte* Application for TRO on Friday, March 5, 2010**

**Our Code:  SUZLON.Google**

**Your Code:**

**# of Pages:**   53

☐ **ORIGINAL IS BEING MAILED**     ☒ **FOR REVIEW**
☒ **FAX TRANSMITTAL ONLY**         ☒ **PLEASE REPLY**

**Comments:**

To whom it may concern:

We have attempted repeatedly to contact Google Inc. ("Google") regarding certain GMail accounts that we have reason to believe were used to perpetrate fraud and breaches of fiduciary duties against Suzlon Energy Ltd. and related entities resulting in loss and damages of approximately $27,000,000. To date no one from Google has responded to our attempts.

We request that Google take immediate action to preserve all information currently stored in the following GMail accounts: Ybangad@gmail.com, sanjeevbangad@gmail.com, rsridhar1998@gmail.com, and g01p36b@gmail.com. We are hereby providing you notice that we will be filing an *Ex Parte* Application for a Temporary Restraining Order on this Friday, March 5, 2010, before Chief Magistrate Judge Patricia V. Trumbull in Courtroom 5 of the United States District Court for the Northern District of California, San Jose Division, located at 280 South 1st Street, San Jose, CA 95113. We will be asking the court to temporarily order Google to preserve all information in said accounts until the matter comes before the court on a full hearing for a