**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE BELUGA SHIPPING GMBH & CO. KS "BELUGA FANTASTIC" v. SUZLONG ENERGY LTD., FEDERAL COURT PROCEEDINGS, NSD 1670 OF 2008 BEFORE THE FEDERAL COURT, NEW SOUTH WALES, AUSTRALIA | Misc. Case No. 10-80034 JW (PVT)<br><br>**INTERIM ORDER SOLICITNG FURTHER BRIEFING REGARDING SUZLON'S PETITION FOR LEAVE TO CONDUCT DISCOVERY IN AID OF FOREIGN JUDICIAL PROCEEDING PURSUANT TO 28 U.S.C. § 1782**<br><br>[Docket No. 13] |

Suzlon Energy, Ltd., Suzlon Energy Australia PTY Ltd., Suzlon Infrastructure Limited, Suzlon Wind Energy Corporation, USA, Suzlon Structures PTE, Ltd., and SE Shipping PTE Ltd. (collectively "Suzlon") has petitioned for leave to conduct discovery in aid of foreign judicial proceedings pursuant to 28 U.S.C. § 1782.

In an action proceeding in the Federal Court in New South Wales, Australia, Suzlon states that their former employees, Rajagopalan Sridhar (Chief Manufacturing Officer) and Sanjeev Bangad (General Manager, Logistics), have been named as cross-defendants and allegations against them include claims for fraud and breach of fiduciary duty. Specifically, Suzlon alleges that individual cross-defendants Sridhar and Bangad misrepresented to the company whether Suzlon could procure sufficient ships to transport Suzlon's cargo, and instead themselves, formed and incorporated several companies to financially benefit from transporting Suzlon's cargo.

ORDER, *page 1*

**United States District Court**
For the Northern District of California

1    Suzlon petitions to subpoena the contents of the electronic mail accounts for individual
2 cross-defendant Sridhar and Bangad hosted by non-party Google, Inc. ("Google"). Suzlon believes
3 that the email accounts were used by individual cross-defendants to facilitate their egregious
4 conduct. Additionally, Suzlon petitions to depose personnel from Google to authenticate the emails
5 from the two above-specified electronic mail accounts. Because Google's headquarters is located in
6 Mountain View, California and in this district, Suzlon petitions this court for leave to take discovery.
7    On February 12, 2010, the court issued an order denying without prejudice Suzlon's petition
8 for leave to conduct discovery in aid of foreign judicial proceedings pursuant to 28 U.S.C. § 1782
9 and instructing Suzlon to serve cross-defendants Sridhar and Bangad, who were believed to reside in
10 Australia.
11    On February 24, 2010, Suzlon represented that cross-defendants Sridhar and Bangad were
12 located and imprisoned in India. *See* Docket No. 9. On March 1, 2010, Suzlon was ordered to serve
13 cross-defendants Sridhar and Bangad in India. To date, Suzlon has not confirmed service of the
14 petition on cross-defendants Sridhar and Bangad in India.
15    IT IS HEREBY ORDERED that Suzlon shall file a supplemental brief regarding whether
16 service of the petition to cross-defendants Sridhar and Bangad in India is required pursuant to 28
17 U.S.C. § 1782 no later than April 27, 2010.
18    IT IS FURTHER ORDERED that the hearing scheduled to be held on April 13, 2010 is
19 continued to May 18, 2010 at 10AM.
20    Non-party Google, Inc. may file an opposition, if any, to Suzlon's petition no later than May
21 7, 2010. Suzlon may file its reply, if any, no later than May 12, 2010.
22    Suzlon shall serve non-party Google with a copy of this order.
23
24    IT IS SO ORDERED.

Dated: April 12, 2010
25
              *Patricia V. Trumbull*
26            _____
              PATRICIA V. TRUMBULL
              United States Magistrate Judge
27
28

ORDER, *page 2*