**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
Gregory W. Poulos (SBN 131428)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, CA  94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### AT SAN JOSE

|  |  |
|---|---|
| In Re Beluga Shipping Gmbh & Co. KS "Beluga Fantastic" v. Suzlon Energy Ltd., Federal Court Proceedings, NSD 1670 of 2008 before the Federal Court, New South Wales, Australia | Misc. Case No.: 10-80034 JW (PVT) |

Misc. Case No.: 10-80034 JW (PVT)

**DECLARATION OF MAX L. KELLEY IN SUPPORT OF SUZLON'S SUPPLEMENTAL BRIEF**

Hearing date:  May 18, 2010
Time:  10:00 AM
Location:  Courtroom 5
Chief Magistrate Judge Patricia V. Trumbull

I, Max L. Kelley, declare as follows:

1.      I am an Associate at the law firm of Cox, Wootton, Griffin, Hansen & Poulos LLP, attorneys for Suzlon.  I have personal knowledge of the facts stated in this declaration and could so testify if called as a witness.

2.      I submit this declaration in support of Suzlon's Supplemental Brief in Support of Petition for Leave to Conduct Discovery in Aid of Foreign Judicial Proceeding Pursuant to 28 U.S.C. § 1782.

3.      On March 3, 2010, counsel for Suzlon sent correspondence to Mr. V. Ravindran at the Indian Ministry of Law and Justice, enclosing Requests for Service Abroad of Judicial or Extrajudicial Documents (USM-94s) on Mr. Sanjeev Bangad and Mr. Rajagopalana Sridhar.  These Requests for Service included copies of Suzlon's February 5, 2010 Petition

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

-1-

1    and all supporting documents and copies of Suzlon's Ex Parte Application for a Temporary

2    Restraining Order and all supporting documents.  Attached hereto as **Exhibit A** is a true

3    and correct copy of that correspondence.

4    4.      Since sending the above correspondence to Mr. Ravindran, I have followed up with

5    regular calls to the Indian Ministry of Law and Justice to confirm that Bangad and Sridhar

6    have been served.  I have yet to receive definite confirmation of such service.

7

8         I declare under penalty of perjury and under the laws of the State of California that

9    the foregoing is true and correct, and that this declaration was signed by me this 27th day of

10   April 2010, at San Francisco, California.

11

12                                                    _____

13                                                         Max L. Kelley

14

15

16

17

18

19

20

21

22

23

24

25

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601
26

27

28

DECLARATION OF MAX L. KELLEY IN SUPPORT OF SUPPLEMENTAL BRIEF

# EXHIBIT A

# COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

TERENCE S. COX
RICHARD C. WOOTTON♦
MITCHELL S. GRIFFIN
RUPERT P. HANSEN
GREGORY W. POULOS
MARC T. CEFALU
GALIN G. LUK
 ♦ALSO ADMITTED IN HAWAII

ATTORNEYS AT LAW
190 THE EMBARCADERO
SAN FRANCISCO, CALIFORNIA 94105

TELEPHONE: (415) 438-4600
FACSIMILE: (415) 438-4601
WEBSITE: http://www.cwghp.com

MAX L. KELLEY
COURTNEY M. CRAWFORD
JODY M. TALIAFERRO
MARC A. CENTOR
BROOKE L. DUPRE
CHRISTOPHER S. KIELIGER

**FILE COPY**

**March 3, 2010**

*Via FEDERAL EXPRESS*
Mr. V. Ravindran
The Ministry of Law and Justice
Department of Legal Affairs
4th Floor, A-Wing, Shastri Bhavan
110 001 New Delhi
India

**Re:** In Re Beluga Shipping Gmbh & Co. KS "Beluga Fantastic" v. Suzlon Energy Ltd., Federal Court Proceedings, NSD 1670 of 2008 before the Federal Court, New South Wales, Australia

**Subj:** Service on Messrs. Rajagopalan Sridhar and Sanjeev Bangad, Prisoners under Judicial Custody, C.R. No. 387/2009 of Bundgarden Police Station, R.C.C. No. 5749/2009, c/o Yerwada Central Jail, Off. Airport Road, Pune (MH) India, pursuant to Hague Convention

Dear Mr. Ravidran:

We represent petitioners Suzlon Energy Ltd., Suzlon Energy Australia Pty. Ltd., Suzlon Infrastruction Limited, Suzlon Wind Energy Corp., Suzlon Structures Pty Ltd., and SE Shippiing PTE Limited in the above-described action. In furtherance of a related court proceeding we have instituted in the United States District Court for the Northern District of California, Case No. 10-80034 JW (PVT), we respectfully request that the Central Authority serve the enclosed documents on the two Indian nationals identified on the enclosed USM-94 forms pursuant to the *Hague Convention on the Service Abroad of Judicial and Extra-Judicial documents in Civil and Commercial Matters.*

It is our understanding that the persons to be served, Messrs. Sridhar and Bangad, are currently incarcerated at the Yerwada Central Jail in Pune, India. Therefore, it is our intention to have our local counsel contact you directly to assist you in any way to complete the requested service.

Mr. Ravindran
March 3, 2010
Page 2


     Thank you very much for your assistance.  Please feel free to contact the undersigned if you have any questions or concerns.


                                                   Sincerely,


                                                   Gregory W. Poulos
                                                   COX, WOOTTON, GRIFFIN,
                                                 HANSEN & POULOS, LLP

                                                 *E-mail: gpoulos@cwghp.com*
                                                 *Tel: (415) 438-4600*


Enclosures

U.S. Department of Justice
United States Marshals Service



---

## REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>Gregory W. Poulos<br>COX, WOOTTON, GRIFFIN, HANSEN &<br>POULOS, LLP<br>190 The Embarcadero<br>San Francisco, CA 94105<br>U.S.A. | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>Attn: Mr. V. Ravindran<br>The Ministry of Law and Justice<br>Department of Legal Affairs<br>4th Floor, A-Wing, Shastri Bhavan<br>110 001 New Delhi<br>India |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
**(Identity and address)**
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

Mr. Sanjeev Bangad, Prisoner under Judicial Custody, C.R. No. 387/2009 of Bundgarden
R.C.C. No. 5749/2009, c/o Yerwada Central Jail, Off. Airport Road, Pune (MH) India

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

See Attachment A.

Done at San Francisco, California , the 3 March, 2010
*Fait à* _____ , *le* _____

Signature and/or stamp
*Signature et/ou cachet*

GREGORY W. POULOS

---

*Delete if inappropriate
Rayer les mentions inutiles.*

Form USM-94
Est. 11/77

(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1)  que la demande a été exécutée*
    -- the (date) -- *le (date)* _____
    -- at (place, street, number) - *à (localité, rue, numéro)* _____

    -- in one of the following methods authorized by article 5:
    -- *dans une des formes suivantes prévues à l'article 5:*

       ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          *a) selon les formes légales (article 5. alinéa premier, lettre a)*

       ☐ (b) in accordance with the following particular method:
          *b) selon la forme particulière suivante:* _____

       ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
          *c) par remise simple.*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
     - (identity and description of person)
     - *(Identité et qualité de la personne)*
     _____

     - relationship to the addressee family, business or other
     - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
     _____

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at _____, the _____
*Fait à* _____, *le* _____

Signature and/or stamp
*Signature et/ou cachet*

_____

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

Gregory W. Poulos, Esq.  See ATTACHMENT B.
_____

**Particulars of the parties:**
*Identité des parties:*

See ATTACHMENT C.
_____

### JUDICIAL DOCUMENT
### *ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Request for Temporary Restraining Order to Prevent Deletion of e-mail files, and request for documents and *depositions.*
_____

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Suit for money damages for breach of fiduciary duty and fraud; approximately US $ 27,000,000.
_____

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

See ATTACHMENT D.
_____

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

Not applicable.
_____

**Date of judgment**:**
*Date de la décision:*

Not applicable.
_____

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

None..
_____

### EXTRAJUDICIAL DOCUMENT
### *ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

_____

**Time limits stated in the document:****
*Indication des délais figurant dans l'acte:*

_____

## ATTACHMENT A

1.  SUZLON'S PETITION FOR LEAVE TO TAKE DISCOVERY IN AID OF FOREIGN JUDICIAL PROCEEDING PURSUANT TO 28 U.S.C. § 1782

2.  NOTICE OF PETITION AND MEMORANDUM OF LAW IN SUPPORT OF SUZLON'S PETITION FOR LEAVE TO CONDUCT DISCOVERY IN AID OF FOREIGN JUDICIAL PROCEEDING PURSUANT TO 28 U.S.C. § 1782

3.  [PROPOSED] ORDER GRANTING SUZLON'S PETITION FOR LEAVE TO CONDUCT DISCOVERY IN AID OF FOREIGN JUDICIAL PROCEEDING PURSUANT TO 28 U.S.C. § 1782

4.  DECLARATION OF JOSEPH ALAN HURLEY IN SUPPORT OF SUZLON'S PETITION FOR LEAVE TO CONDUCT DISCOVERY IN AID OF FOREIGN JUDICIAL PROCEEDING PURSUANT TO 28 U.S.C. § 1782

5.  DECLARATION OF KIRTI VAGADIA IN SUPPORT OF 12 U.S.C. § 1782 PETITION

6.  SUZLON'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO GOOGLE, INC.

7.  DECLARATION OF JOSEPH ALAN HURLEY IN SUPPORT OF SUZLON'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO GOOGLE, INC.

8.  DECLARATION OF KIRTI VAGADIA IN SUPPORT OF SUZLON'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO GOOGLE, INC.

9.  DECLARATION OF MARC A. CENTOR IN SUPPORT OF SUZLON'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO GOOGLE, INC.

10. TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION TO GOOGLE, INC.

## **ATTACHMENT B**

Gregory W. Poulos, Esq. is an attorney and has the authority to make this Request based on California State Law, which is adopted by this Court, and by which an attorney is deemed an officer of the Court.

## ATTACHMENT C

The Parties:

**PETITIONERS:**    Suzlon Energy Ltd. , Suzlon Energy Australia Pty. Ltd. , Suzlon Infrastruction Limited, Suzlon Wind Energy Corp. Suzlon Structures Pty Ltd and SE Shippiing PTE Limited

**DEFENDANTS:**    Rajagopalan Sridhar and Sanjeev Bangad

## ATTACHMENT D

**Date and place for entering appearance:**

1. Discovery Hearing:
   Date and Time:      March 5, 2010, 10:00 a.m.

   Location:           Courtroom 5

   U.S. District Court for the Northern District of California
   280 South First Street
   San Jose, California,
   U.S.A.  95113

2. TRO Hearing:
   Date and Time:      April 13, 2010, 10:00 a.m.

   Location:           Courtroom 5

   U.S. District Court for the Northern District of California
   280 South First Street
   San Jose, California,
   U.S.A.  95113

U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou*
*extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>Gregory W. Poulos<br>COX, WOOTTON, GRIFFIN, HANSEN &<br>POULOS, LLP<br>190 The Embarcadero<br>San Francisco, CA 94105<br>U.S.A. | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>Attn: Mr. V. Ravindran<br>The Ministry of Law and Justice<br>Department of Legal Affairs<br>4th Floor, A-Wing, Shastri Bhavan<br>110 001 New Delhi<br>India |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity
with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous*
*énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au*
*destinataire, à savoir:*
*(identité et adresse)*

Mr. Rajagopalan Sridhar, Prisoner under Judicial Custody, C.R. No. 387/2009 of Bundgarden Police Station.
R.C.C. No. 5749/2009, c/o Yerwada Central Jail, Off. Airport Road, Pune (MH) India

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes
with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec*
*l'attestation figurant au verso.*

List of documents                          Done at San Francisco, California , the 3 March, 2010
*Enumération des pièces*                     *Fait à_____ , le_____*

See Attachment A.                           Signature and/or stamp
                                            *Signature et/ou cachet*


                                            Gregory W. Poulos

---

*Delete if inappropriate*
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1)  que la demande a été exécutée*
-- the (date) -- *le (date)* _____
-- at (place, street, number) - *à (localité, rue, numéro)*

_____

-- in one of the following methods authorized by article 5:
*-- dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
*a) selon les formes légales (article 5. alinéa premier, lettre a)*

☐ (b) in accordance with the following particular method:
*b) selon la forme particulière suivante:* _____

☐ (c) by delivery to the addressee, who accepted it voluntarily.*
*c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et qualité de la personne)*

_____

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

_____

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément  à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pièces renvoyées*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at _____ , the
*Fait à* _____ , *le*

Signature and/or stamp
*Signature et/ou cachet*

# SUMMARY OF THE DOCUMENT TO BE SERVED
## *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

Gregory W. Poulos, Esq.  See ATTACHMENT B.

**Particulars of the parties:**
*Identité des parties:*

See ATTACHMENT C.

### JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Request for Temporary Restraining Order to Prevent Deletion of e-mail files, and request for documents and *depositions.*

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Suit for money damages for breach of fiduciary duty and fraud; approximately US $ 27,000,000.

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

See ATTACHMENT D.

**Court which has given judgment**\*\***:**
*Juridiction qui a rendu la décision:*

Not applicable.

**Date of judgment**\*\***:**
*Date de la décision:*

Not applicable.

**Time limits stated in the document**\*\***:**
*Indication des délais figurant dans l'acte:*

None.

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:**\*\*
*Indication des délais figurant dans l'acte:*

## ATTACHMENT A

1. SUZLON'S PETITION FOR LEAVE TO TAKE DISCOVERY IN AID OF FOREIGN JUDICIAL PROCEEDING PURSUANT TO 28 U.S.C. § 1782

2. NOTICE OF PETITION AND MEMORANDUM OF LAW IN SUPPORT OF SUZLON'S PETITION FOR LEAVE TO CONDUCT DISCOVERY IN AID OF FOREIGN JUDICIAL PROCEEDING PURSUANT TO 28 U.S.C. § 1782

3. [PROPOSED] ORDER GRANTING SUZLON'S PETITION FOR LEAVE TO CONDUCT DISCOVERY IN AID OF FOREIGN JUDICIAL PROCEEDING PURSUANT TO 28 U.S.C. § 1782

4. DECLARATION OF JOSEPH ALAN HURLEY IN SUPPORT OF SUZLON'S PETITION FOR LEAVE TO CONDUCT DISCOVERY IN AID OF FOREIGN JUDICIAL PROCEEDING PURSUANT TO 28 U.S.C. § 1782

5. DECLARATION OF KIRTI VAGADIA IN SUPPORT OF 12 U.S.C. § 1782 PETITION

6. SUZLON'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO GOOGLE, INC.

7. DECLARATION OF JOSEPH ALAN HURLEY IN SUPPORT OF SUZLON'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO GOOGLE, INC.

8. DECLARATION OF KIRTI VAGADIA IN SUPPORT OF SUZLON'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO GOOGLE, INC.

9. DECLARATION OF MARC A. CENTOR IN SUPPORT OF SUZLON'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER TO GOOGLE, INC.

10. TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION TO GOOGLE, INC.

## ATTACHMENT B

Gregory W. Poulos, Esq. is an attorney and has the authority to make this Request based on California State Law, which is adopted by this Court, and by which an attorney is deemed an officer of the Court.

## ATTACHMENT C

The Parties:

**PETITIONERS:**   Suzlon Energy Ltd.  , Suzlon Energy Australia Pty. Ltd. , Suzlon Infrastruction Limited, Suzlon Wind Energy Corp. Suzlon Structures Pty Ltd and SE Shippiing PTE Limited


**DEFENDANTS:**   Rajagopalan Sridhar and Sanjeev Bangad

## ATTACHMENT D

**Date and place for entering appearance:**

1. Discovery Hearing:
   Date and Time:     March 5, 2010, 10:00 a.m.

   Location:          Courtroom 5

                      U.S. District Court for the Northern District of
                      California
                      280 South First Street
                      San Jose, California,
                      U.S.A.  95113


2. TRO Hearing:
   Date and Time:     April 13, 2010, 10:00 a.m.

   Location:          Courtroom 5

                      U.S. District Court for the Northern District of
                      California
                      280 South First Street
                      San Jose, California,
                      U.S.A.  95113

From: Origin ID: JCCA  (415) 438-4600
Zoe Conner
Cox Wootton Griffin
190 The Embarcadero

San Francisco, CA 94105
UNITED STATES

**FedEx**
Express



Ship Date: 04MAR10
ActWgt: 3.0 LB
CAD: 7054652/INET3010

REF: Suzlon.Google
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 1.00 USD
CUSTOMS VALUE: 1.00 USD
T/C: S 200421631          D/T: R
SIGN: Zoe Conner
EIN/VAT:
PKG TYPE: BOX

SHIP TO: 911123387543     BILL SENDER

**V. Ravindran, Dept. of Legal Affair**
**Ministry of Law and Justice**
**4th floor, A-Wing**
**Shastri Bhavan**

**New Delhi,  110001**
IN

TRK#  7984 4586 6938          AA
0430                              INTL ECONOMY

110001
-IN
DEL

**S5 DELA**



696G18663/5FZ8

These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound ($20 per kilogram), unless a higher value for carriage is declared and a charge paid. See our applicable tariff or applicable service guide for our terms and conditions. See our current published tariff or applicable service guide for our terms and conditions governing any such shipment. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or air risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE EXCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information for shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS, SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims and time procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provision shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

From:   Origin ID: JCCA   (415) 438-4600
Zoe Conner
Cox Wootton Griffin
190 The Embarcadero

San Francisco, CA 94105
UNITED STATES

**FedEx** Express



SHIP TO: 911123387543          BILL SENDER

**V. Ravindran, Dept. of Legal Affair**
**Ministry of Law and Justice**
**4th floor, A-Wing**
**Shastri Bhavan**

**New Delhi, 110001**
IN

Ship Date: 04MAR10
ActWgt: 3.0 LB
CAD: 7054652/INET3010

REF: Suzlon.Google
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY INFO: US
CARRIAGE VALUE: 1.00 USD
CUSTOMS VALUE: 1.00 USD
T/C: S 209421631          D/T: R
SIGN: Zoe Conner
EIN/VAT:
PKG TYPE: BOX

TRK#  7984 4586 6938          **AA**
[0430]                                **INTL ECONOMY**

**110001**
                                                                  -IN

**S5 DELA**                                    **DEL**



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the FedEx of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, in most cases limit FedEx's liability for loss, delay of or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (205 per kilogram), unless a higher value for carriage is declared and as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, in a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSURED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranty, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS, SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to action any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will presume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions remains in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

This invoice must be completed in English

# COMMERCIAL INVOICE

**SHIPPED FROM :**
Tax ID/VAT No. :
Contact Name : Zoe Conner
Telephone No. : 4154384600
E-Mail : zconner@cwghp.com
Company Name/Address :
Cox Wootton Griffin
190 The Embarcadero

San Francisco CA 94105
Country : UNITED STATES OF AMERICA
Parties to Transaction:

☐ Related   ☐ Non-related

Payment Terms :

Incoterms : FCA/FOB
Reason for Export :

☐ Sold ☐ Not Sold ☐ Other

CI-798445866938

Date : 03/04/2010

Air Waybill No. : 798445866938

Invoice No. :

Purchase Order No. :

**SHIPPED TO :**
Tax ID/VAT No. :
Contact Name : V. Ravindran, Dept. of Legal Affair
Telephone No. : 91-11-23387543
E-Mail :
Company Name/Address :
Ministry of Law and Justice
4th floor, A-Wing
Shastri Bhavan

New Delhi 110001
Country : INDIA

SOLD TO : ☑ Same as SHIPPED TO :

Company Name/Address :

Country :

| No. of Packages | No. of Units | Unit of Measure | Description of Goods (Including Harmonized Tariff No.) | Country of Origin | Value Unit | Total Value |
|---|---|---|---|---|---|---|
| | 1.00 | PCS | Commercial - Legal Documents HS | US | 1.000000 | 1.00 |

| | | |
|---|---|---|
| Total No. of Packages : 1 | Subtotal : | 1.00 |
| Total Weight (Indicate LBS or KGS) : 3.00 lbs | Insurance : | 0.00 |
| Special Instructions : | Freight : | 0.00 |
| | Packing : | 0.00 |
| | Handling : | 0.00 |
| | Other : | 0.00 |
| Declaration Statement(s) : | Invoice Total : | 1.00 |

Declaration Statement(s) :
These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited.
These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S. Law prohibited. I declare that all the information contained in this invoice is true and correct.

Currency Code : USD

03/04/2010

Signature/Title                                                     Date