DAVID H. KRAMER, State Bar No. 168452
MICHAEL H. RUBIN, State Bar No. 214636
JACOB T. VELTMAN, State Bar No. 247597
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: mrubin@wsgr.com
Email: jveltman@wsgr.com

Attorneys for Non-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re Beluga Shipping Gmbh & Co. KS "Beluga Fantastic" v. Suzlon Energy Ltd., Federal Court Proceedings, NSD 1670 of 2008 before the Federal Court, New South Wales, Australia | CASE NO.: 5:10-MC-80034-JW <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF REGARDING SUPPLEMENTAL AUTHORITY** <br><br> Before: Hon. Patricia V. Trumbull |

1  Non-Party Google Inc. ("Google") and Petitioners Suzlon Energy Ltd., Suzlon Energy
2  Australia Pty Ltd., Suzlon Infrastructure Ltd., Suzlon Wind Energy Corp., USA, Suzlon
3  Structures Pte., Ltd., and SE Shipping Pte. Ltd. (collectively, "Suzlon"), by and through their
4  counsel, jointly submit the following Stipulation and [Proposed] Order Granting Google's
5  Motion for Administrative Relief.

6  The undersigned parties agree and stipulate as follows:

7  1.  Google's Motion for Administrative Relief Regarding Supplemental Authority is
8  granted.

9  2.  Google may submit for the Court's consideration the recent decision of *Suzlon*
10  *Energy Ltd. v. Microsoft Corp.*, No. 10-cv-00170-MJP, slip op. (W.D. Wash. Aug. 18, 2010).

Respectfully submitted,

DATED: September 3, 2010

DAVID H. KRAMER
MICHAEL H. RUBIN
JACOB T. VELTMAN
WILSON SONSINI GOODRICH & ROSATI, PC
650 Page Mill Road
Palo Alto, CA 94304


By: /s/ Michael H. Rubin
        Michael H Rubin

Attorneys for Non-Party Google Inc.

DATED: September 3, 2010

GREGORY WILLIAM POULOS
GALIN G. LUK
COX, WOOTTON, GRIFFIN, HANSEN & POULOS
190 The Embarcadero
San Francisco, CA 94105

By: /s/  Galin Luk
        Galin Luk

*Attorneys for Petitioners Suzlon Energy Ltd., Suzlon Energy Austrialia Pty Ltd., Suzlon Infrastructure Ltd., Suzlon Wind Energy Corp., USA, Suzlon Structures Pte., Ltd., and SE Shipping Pte. Ltd.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated this ____ day of _____, 2010.

**ECF CERTIFICATION**

I, Michael H. Rubin, am the ECF User whose identification and password are being used to file this STIPULATION A ND [PROPOSED] ORDER GRANTING GOOGLE INC'S MOTION FOR ADMINISTRATIVE RELIEF REGARDING SUPPLEMENTAL AUTHORITY.  I hereby attest that Galin Luk has concurred in this filing.

Dated:  September 3, 2010       WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation


                                By:  /s/ Michael H. Rubin
                                     Michael H. Rubin